**Linda MURETIC, Appellant**

v.

**WORKERS' COMPENSATION APPEAL BOARD (DEPARTMENT OF LABOR AND INDUSTRY), Appellees.**

Supreme Court of Pennsylvania.

Argued Dec. 3, 2008.
Decided Jan. 21, 2009.

Stephen Arthur Schneider, Esq., Freeburn & Hamilton, Harrisburg, for Linda Muretic.

Amber Marie Kenger, Esq., Richard C. Lengler, Esq., PA Department of Labor & Industry, Harrisburg, for Workers' Compensation Appeal Board.

Michael F. Faherty, Esq., Todd Christopher Hough, Esq., Lavery, Faherty, Young & Patterson, P.C., Harrisburg, for Department of Labor and Industry.

Jane Pomerantz, Esq., PA Department of Labor & Industry, Harrisburg, for Department of Labor and Industry.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD, McCAFFERY and GREENSPAN, JJ.

### ORDER

PER CURIAM.

**AND NOW**, this 21st day of January, 2009, the appeal is dismissed as having been improvidently granted.